UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                                          3:07-cr-234-J-33TEM

HASSAN KARIM MUHAMMAD
_____

**ORDER**

      This cause comes before the Court pursuant to United States Magistrate Judge Thomas E. Morris' Report and Recommendation (Doc. #56), entered on April 1, 2008, recommending that Defendant's Motion to Suppress Physical Evidence and Statements (Doc. #48) be denied. Magistrate Judge Morris held a hearing on March 14, 2008, where testimony and evidence were presented on this matter. As of the date of this Order, Defendant has not filed an objection to the report and recommendation.

      After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving de novo review to matters of law, the Court accepts the factual findings and legal conclusions of the Report and Recommendation (Doc. #56) of United States Magistrate Judge Thomas E. Morris.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1.  United States Magistrate Judge Thomas E. Morris' Report and Recommendation (Doc. #56) is **ACCEPTED** and **ADOPTED.**

2.  Defendant's Motion to Suppress Physical Evidence and Statements (Doc. #48) is **DENIED**.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this 21st day of April, 2008.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:
AUSA
Counsel of Record